ACCEPTED
06-16-00155-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2016 2:42:35 PM
DEBBIE AUTREY
CLERK

## NO. 06-16-00155-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **ROY DEAN BROWN** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2016 2:42:35 PM
DEBBIE AUTREY
Clerk

## MOTION TO SUBSTITUTE COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Carl H. Franklin, Movant and attorney of record for Defendant, Roy Dean Brown, and brings this Motion to Substitute Counsel and in support thereof shows:

1.      Movant was attorney of record for Defendant in the trial of this cause, and desires to withdraw from this cause.

2.      Such withdrawal is sought in order to permit Niles Illich to be substituted as counsel of record for Defendant.  The mailing address, telephone number, fax number and State Bar of Texas identification number for Niles Illich are as follows:

> 701 commerce, suite 400
> Dallas, Texas 75202
> (972) 802-1788 telephone
> (972) 236-0088 fax
> Texas State Bar No. 24069969
> Niles@appealstx.com

3. A copy of this motion has been mailed by certified mail and by regular mail to Defendant at Defendant's last known address: 1904 CR 4110, Pittsburg, Texas .

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Carl H. Franklin to withdraw as counsel for Roy Dean Brown and from any further representation of Roy Dean Brown, and permit Niles Illich to be substituted as counsel of record herein.

Respectfully submitted,

CARL HENRY FRANKLIN
910 Pierremont Rd., Suite 221
Shreveport, LA 71101
Tel: (318) 429-6822
Fax: (318) 550-0335

By:_____
Carl H. Franklin
State Bar No. 07373850
carl@attorneycarlfranklin.com
Attorney for Roy Dean Brown

## CERTIFICATE OF SERVICE

This is to certify that on _____October 12, 2016_____, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bowie County, 601 Main Texarkana, TX 75504, by fax to 903-735-4819.

_____
Carl H. Franklin

NO. 06-16-00155-CR

STATE OF TEXAS            §    IN THE
                         §
VS.                      §    6th COURT
                         §
ROY DEAN BROWN           §    OF APPEALS

## O R D E R

On _____, 2016, came on to be considered Carl H. Franklin's Motion to Substitute Counsel, and said motion is hereby

(Granted) (Denied)

_____
JUDGE PRESIDING